```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISLAND NAVIGATION LIMITED,

                  Plaintiff,

-v-

NATA SHIPPING & CHARTERING LTD.
a/k/a NATA SHIPPING & CHARTERING
CO. and KAF MARINE,

                  Defendants.

No. 09 Civ. 4219 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's October 2, 2009 status letter, which states that the arbitral proceedings related to this matter are "going forward uncontested by Defendant Nata Shipping & Chartering Ltd." Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall submit a follow-up letter to the Court regarding the status of the arbitral proceedings by December 2, 2009.

SO ORDERED.
Dated:    October 5, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE