UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISLAND NAVIGATION LIMITED,

Plaintiff,

-v-

NATA SHIPPING & CHARTERING LTD.
a/k/a NATA SHIPPING & CHARTERING CO.
and KAF MARINE,

Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/09
```

No. 09 Civ. 4219 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's October 28, 2009 letter, which requests a three-week extension of the October 30, 2009 deadline to submit a letter "explaining why the *ex parte* order for Process of Maritime Attachment and Garnishment and any attachments effectuated pursuant to that order should not be vacated, and accordingly, why this case should not be dismissed." Plaintiff's counsel represents that the Second Circuit's recent decision in *Shipping Corporation of India v. Jaldhi Overseas Pte Ltd.*, ___ F.3d ___, No. 08 Civ. 3477, 2009 WL 3319675 (2d Cir. Oct. 16, 2009), creates potential positional conflicts for attorneys at its firm. Accordingly, and pursuant to the recommendation of the Judicial Improvements Committee of this District, Plaintiff's request is hereby GRANTED, and Plaintiff shall submit its letter by November 20, 2009. The letter shall also briefly set forth what property was attached in this matter, how it was attached, and the location of the attached property at present.

SO ORDERED.
Dated:    October 28, 2009
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE